**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| AMAZON.COM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 25-cv-00853-LKG |
| | ) | |
| v. | ) | Dated:  June 24, 2025 |
| | ) | |
| CONSUMER PRODUCT SAFETY | ) | |
| COMMISSION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>SCHEDULING ORDER</u>

On June 17, 2025, the parties filed a joint notice of intent to file cross-motions for summary judgment, pursuant to Fed. R. Civ. P. 56, in the above-captioned matter.  ECF No. 19. In the notice, the parties request that the Court enlarge the page limits for their briefs and they propose several case-management deadlines.  *Id.* at 2.  In light of the foregoing, the parties shall adhere to the following schedule for the briefing of the parties' motions for summary judgment:

| | |
|---|---|
| Defendants produce administrative record to Plaintiff and file an index of the administrative record with the Court. | **July 9, 2025** |
| Plaintiff's motion for summary judgment. | **August 20, 2025** |
| Defendants' response in opposition and cross-motion for summary judgment. | **October 1, 2025** |
| Plaintiff's reply and response in opposition to Defendants' cross-motion for summary judgment. | **November 5, 2025** |
| Defendants' reply. | **December 10, 2025** |
| Joint Appendix. | **December 17, 2025** |

In addition, the parties may exceed the page limit, as set forth in Local Rule 105.3, up to and including a limit of 45 pages for the memoranda in support of their motions for summary judgment

and their opposition briefs.  The parties may also exceed the page limit, as set forth in Local Rule 105.3, up to and including a limit of 25 pages for their reply briefs.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge