IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMAGON.COM, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 25-cv-00853-LKG |
| ) | |
| v. ) | Dated:  December 9, 2025 |
| ) | |
| CONSUMER PRODUCT SAFETY ) | |
| COMMISSION, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## SCHEDULING ORDER

On June 24, 2025, the Court entered a Scheduling Order that set a schedule for the briefing of cross-motions for summary judgment, in the above captioned civil matter.  ECF No. 20.  On December 8, 2025, the parties filed a joint motion for an extension of time to file the Defendants' reply in support of their cross-motion for summary judgment and to file the joint appendix.  ECF No. 28.  In the motion, the parties state that: (1) the parties are discussing whether it might be possible to resolve this matter without further litigation and (2) to allow time for those discussions, the parties respectfully request that the Court extend the deadline for the Defendants' reply to February 11, 2026, and the deadline for the joint appendix to February 18, 2026.

In light of the foregoing, and for good cause shown, the Court: (1) **GRANTS** the parties' joint motion for an extension of time (ECF No. 28) and (2) **MODIFIES** the Court's June 24, 2025, Scheduling Order (ECF No. 20) as follows:

| | |
|---|---|
| Defendants produce administrative record to Plaintiff and file an index of the administrative record with the Court. | **July 9, 2025** |
| Plaintiff's motion for summary judgment. | **August 20, 2025** |
| Defendants' response in opposition and cross-motion for summary judgment. | **October 1, 2025** |
| Plaintiff's reply and response in opposition | |

| | |
|---|---|
| to Defendants' cross-motion for summary judgment. | **November 5, 2025** |
| Defendants' reply. | **February 11, 2026** |
| Joint Appendix. | **February 18, 2026** |

In addition, the parties may exceed the page limit, as set forth in Local Rule 105.3, up to and including a limit of 45 pages for the memoranda in support of their motions for summary judgment and their opposition briefs. The parties may also exceed the page limit, as set forth in Local Rule 105.3, up to and including a limit of 25 pages for their reply briefs.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby<br>
LYDIA KAY GRIGGSBY<br>
United States District Judge

2