USDC- GREENBELT
'26 NOV 24 PM6:10

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| AMAZON.COM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CONSUMER PRODUCT SAFETY COMMISSION, *et al.*,<br><br>Defendants. | Civil Action No. 8:25-cv-00853-LKG<br><br>Dated: November 24, 2026 |

**ORDER**

For the reasons stated in the Court's Memorandum Opinion, dated November 24, 2026, in the above-captioned matter, the Court:

(1) **DENIES** the Plaintiff's motion for summary judgment (ECF No. 22);

(2) **GRANTS** the Defendants' cross-motion for summary judgment (ECF No. 24);

(3) **ENTERS JUDGMENT** summarily in favor of the Defendants on the Plaintiff's claims;

(4) **GRANTS** the parties' joint motion to seal the joint appendix (ECF No. 47) and **DIRECTS** the Clerk to maintain the unredacted joint appendix (ECF No. 46) **UNDER SEAL**; and

(5) **DISMISSES** the complaint.

In addition, the Court, **DIRECTS** the parties to **FILE** a joint status report, **on or before December 8, 2026**, that proposes any redactions to the Court's Memorandum Opinion and states the reasons for those redactions.

The Clerk of the Court is **DIRECTED** to close the case.

Judgment shall be entered accordingly.

Each party to bear its own costs.

**IT IS SO ORDERED.**

s/Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge